# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>OAKMONT ESTATE INVESTMENTS LLC; and DOES 1 to 10,<br><br>Defendants. | CASE NO. 2:23-cv-02677-JLS-PVC<br><br>**JUDGMENT OF DISMISSAL** |

1       In accordance with the Court's Order dismissing this action for lack of prosecution,
2 a JUDGMENT OF DISMISSAL is hereby entered.

4 DATED:  October 17, 2023

                                                  _____
                                                HON. JOSEPHINE L. STATON
                                                UNITED STATES DISTRICT JUDGE